United States District Court
Southern District of Texas

**ENTERED**

September 15, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JULIE CHARETTE | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-699 |
| | § | |
| | § | |
| ASI LLOYDS | § | |
| | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Julie Charette ("Plaintiff"), and Defendant, ASI Lloyds ("Defendant"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendant.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 14TH day of September, 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

Agreed:
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANT, ASI LLOYDS**

AND

_____

Richard D. Daly
Texas Bar No. 00796429
Ana M. Ene
Texas Bar No. 24076368
Daly & Black
2211 Norfolk St. Suite 800
Houston, TX  77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
**ATTORNEY FOR PLAINTIFF,  JULIE CHARETTE**